UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE SECTION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| VS. | ] | CRIM. CASE NO. 3:13-CR-00038 |
| | ] | JUDGE HAYNES |
| JAIME MIRANDA-SAUCEDA | ] | |

## MOTION FOR CHANGE OF PLEA HEARING

Comes the Defendant, through counsel, and moves the Court to schedule a change of plea hearing for the Defendant. The Defendant and the Government have reached an accord, and the Defendant intends to enter a plea of guilty.

Respectfully Submitted,

s/ Dwight E. Scott
BOPR No. 016892
4024 Colorado Ave.
Nashville, TN 37209
615-292-6865
FAX 615-292-6865

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been provided to Asst. U.S. Attorney Hilliard Hester, hilliard.hester@usdoj.gov, Suite A-961, 110 Ninth Ave. South, Nashville, TN 37203, via the court's electronic filing system on this the 14<sup>tth</sup> day of February, 2014. Other parties to the case may be served via other means.

s/ Dwight E. Scott